# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23    REV. 1/90

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ OTHER PANEL (Specify below)

IN THE CASE OF: CJA vs.

**FILED**
APR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

PERSON REPRESENTED (Show your full name)

Ana Miriam Gutierrez-Limon

**NOT FOR PUBLIC VIEW**

952,960

1 ☐ Defendant — Adult
2 ☐ Defendant — Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)_____

LOCATION NUMBER

DOCKET NUMBERS
08MJ8285

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**

Are you now employed?  ☐ Yes ☒ No  ☐ Am Self Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $_____

IF NO, give month and year of last employment _____
How much did you earn per month $ 1,000

If married is your Spouse employed?  ☐ Yes ☒ No

IF YES, how much does your Spouse earn per month $_____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income $_____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes ☒ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $_____

SOURCES _____

**CASH**

Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No    IF YES, state total amount $ 20.00

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes ☒ No

IF YES, GIVE VALUE AND DESCRIBE IT

VALUE _____

DESCRIPTION _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 3

List persons you actually support and your relationship to them: Children

**DEBTS & MONTHLY BILLS**

(LIST ALL CREDITORS INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt |
|---|---|---|---|
| | | $ 100 | $ |
| | | $ 50 | $ |
| | | $ 500 | $ |
| | | $ | $ |

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)

I certify the above to be correct

Ana Gutierrez    04/03/08

**WARNING: A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT...**