```
FILED
MAY - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    EF              DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR1401-L |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| ANA MIRIAM GUTIERREZ-LIMON, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about April 2, 2008, within the Southern District of California, defendant ANA MIRIAM GUTIERREZ-LIMON, did knowingly and intentionally import approximately 48.02 kilograms (105.64 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: May 1, 2008 .

KAREN P. HEWITT
United States Attorney

*/s/ John F. Weis*

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:Imperial
5/1/08