```
 1  KAREN P. HEWITT
    United States Attorney
 2  GREGORY F. NOONAN
    Assistant U.S. Attorney
 3  California State Bar No. Pending
    United States Attorney's Office
 4  880 Front Street, Room 6293
    San Diego, California 92101-8893
 5  619 557-5790   (Telephone)/619 557-5551 (Fax)
    Email: gregory.noonan@usdoj.gov
 6
    Attorneys for Plaintiff
 7  United States of America
```

|    |                                          |                              |
|----|------------------------------------------|------------------------------|
| 8  | UNITED STATES DISTRICT COURT             |                              |
| 9  | SOUTHERN DISTRICT OF CALIFORNIA          |                              |
| 10 | UNITED STATES OF AMERICA,         )      | Criminal Case No.  08CR1401-L |
| 11 | Plaintiff,        )                      | NOTICE OF APPEARANCE         |
| 12 | v.                )                      |                              |
| 13 | ANA MIRIAM GUTIERREZ-LIMON,       )      |                              |
| 14 | Defendant.        )                      |                              |

16  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17     I, the undersigned attorney, enter my appearance as lead counsel for the United States in the

18  above-captioned case.

19     I certify that I am admitted to practice in this court or authorized to practice under

20  CivLR 83.3.c.3-4.

21     The following government attorneys (who are admitted to practice in this court or authorized

22  to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel

23  for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this

24  case.

25     1.   None.

26  //

27  //

28  //

1     Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

    1.    NONE

Please feel free to call me if you have any questions about this notice.

DATED: June 4, 2008.

                                    KAREN P. HEWITT
                                    United States Attorney

                                  <u>s/Gregory F. Noonan</u>
                                  GREGORY F. NOONAN
                                  Assistant U.S. Attorney

Notice of Appearance                                                                    08CR1401-L
United States v. Ana Miriam Gutierrez-Limon

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.    08CR1401-L |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| ANA MIRIAM GUTIERREZ-LIMON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, , am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the **Notice of Appearance as lead counsel for the United States** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. Gregory D. Obenauer, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on June 4, 2008.

s/Gregory F. Noonan<br>
GREGORY F. NOONAN<br>
Assistant U.S. Attorney

Notice of Appearance                                                                 08CR1401-L
United States v. Ana Miriam Gutierrez-Limon