# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs

Ana Miriam Gutierrez-Limon (1)

CASE NUMBER 08CR1401-L

ABSTRACT OF ORDER

Booking No. 06175298

**FILED AUG 11 2008** — CLERK, U.S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 8/11/08 the Court entered the following order:

- **X** Defendant be released from custody.
- ___ Defendant placed on supervised / unsupervised probation / supervised release.
- ___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ___ Defendant released on $_____ bond posted.
- ___ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ___ Defendant remanded and ( ___ bond) ( ___ bond on appeal) exonerated.
- **X** Defendant sentenced to TIME SERVED, supervised release for **2** years.
- ___ c.c. judgment Court of Appeals ( ___ affirming) ( ___ reversing) decision of this Court: ___ dismissing appeal filed.
- ___ Bench Warrant Recalled.
- ___ Defendant forfeited collateral.
- ___ Case Dismissed.
- ___ Defendant to be released to Pretrial Services for electronic monitoring.
- ___ Other. _____

M. JAMES LORENZ
UNITED STATES ~~MAGISTRATE~~ District JUDGE
OR
W. SAMUEL HAMRICK, JR. Clerk
by S. Volkert
Deputy Clerk

Received _____ DUSM

Crim-9 (Rev 6-95)

S. VOLKERT

★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY